# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **VOGT PROPERTIES, INC.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:17-cv-00506** |
| § | (HON. AMOS L. MAZZANT) |
| **PHILADELPHIA INDEMNITY** § | |
| **INSURANCE COMPANY**, § | |
| § | |
| *Defendant.* § | |

## AGREED JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Vogt Properties, Inc. ("Plaintiff") and Defendant Philadelphia Indemnity Insurance Company ("Defendant") jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendant in this case, and all claims Defendant asserted or could have asserted against Plaintiff in this case, as such parties have agreed upon the settlement and compromise of all claims, and the Court has approved such settlement and compromise. Each party has agreed to bear its own attorneys' fees and costs.

Dated: October 30, 2017

Respectfully submitted,

*/s/   Kelly Utsinger*
Kelly Utsinger
Texas Bar No. 20416500
kelly.utsinger@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 South Taylor, Suite 9158
P.O. Box 9158
Amarillo, Texas 79105
Telephone:  806-379-0336
Facsimile:   806-349-9476

**ATTORNEY IN CHARGE FOR PLAINTIFF
VOGT PROPERTIES, INC.**

**Of Counsel:**

Benjamin D. Doyle
Texas Bar No. 24080865
ben.doyle@uwlaw.com'
UNDERWOOD LAW FIRM, P.C.
500 South Taylor, Suite 9158
P.O. Box 9158
Amarillo, Texas 79105
Telephone: 806-379-0336
Facsimile:   806-349-9476

*/s/ William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
Email:  wpilat@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Telephone:  713-425-7400
Facsimile:   713-425-7700

**ATTORNEY IN CHARGE FOR DEFENDANT
PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**Of Counsel:**

Andrew J. Mihalick
Texas Bar No. 24046439
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, Suite 1000
Houston, Texas 77056
Telephone:  713-425-7400
Facsimile:   713-425-7700
Email:  amihalick@krcl.com

Bradford T. Smith
Texas Bar No. 24070634
KANE RUSSELL COLEMAN LOGAN PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:  214-777-4200
Facsimile:   214-777-4299
Email:  bsmith@krcl.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2017, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record by electronic filing through the electronic case filing system for the United States District Court for the Eastern District of Texas.

                                      */s/ Benjamin D. Doyle*
                                      Benjamin D. Doyle