### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **VOGT PROPERTIES, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:17-cv-00506** |
| | § | |
| **PHILADELPHIA INDEMNITY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice filed in this case by Plaintiff Vogt Properties, Inc. ("Plaintiff") and Defendant Philadelphia Indemnity Insurance Company ("Defendant"), the Court is of the opinion that this case should be dismissed with prejudice. It is, therefore,

ORDERED that all claims that Plaintiff did or could have asserted against Defendant in this case are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that all claims that Defendant did or could have asserted against Plaintiff in this case are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

 **SIGNED this 1st day of November, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE